UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                :
ELBERT D. JACKSON,                   :
                :
              Plaintiff,     :
                :                19-cv-5351 (VSB)
        -against-      :
                :                **ORDER**
NYC TRANSIT AUTHORITY, et al.,   :
                :
              Defendants.  :
                :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In my Opinion & Order dated January 14, 2022, I ordered Plaintiff to file a motion for leave to file a second amended complaint on or before February 25, 2022.  (Doc. 43.)  On February 16, 2022, Plaintiff file a letter motion seeking a one-month extension to file his motion until March 25, 2022, which I granted.  (Docs. 44, 45.)  It has been a month since the extended deadline, but Plaintiff still has not filed his motion for leave to file a second amended complaint. Considering Plaintiff's pro se status and the delay in mails, it is hereby ORDERED that Plaintiff shall file his motion on or before May 13, 2022.  If Plaintiff cannot file his motion at that time, he should file, instead, a letter explaining why I should not dismiss his case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

      The Clerk of Court is respectfully directed to mail a copy of this order and my letter endorsement dated February 18, 2022 to the pro se Plaintiff.

SO ORDERED.

Dated:  April 25, 2022
         New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge