```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ELBERT D. JACKSON,                                         :
                                                           :
                              Plaintiff,                   :
                                                           :       19-cv-5351 (VSB)
               -against-                                   :
                                                           :           ORDER
NYC TRANSIT AUTHORITY, et al.,                             :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 24, 2022, I ordered Plaintiff to file his motion for leave to file a second amended complaint, or, in the alternative, a letter explaining why I should not dismiss his case for failure to prosecute on or before May 13, 2022. (Doc. 46.) To this day, Plaintiff has not filed any motion or letter. Accordingly, Plaintiff is warned that if he fails to do so on or before May 31, 2022, I will dismiss his case for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: May 16, 2022
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge