UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                           :

ELBERT D. JACKSON,                        :

                          Plaintiff,    :
                                           :          19-cv-5351 (VSB)
              -against-                       :
                                           :              **ORDER**

NYC TRANSIT AUTHORITY, et al.,     :

                         Defendants.  :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Pursuant to my two previous orders, (Docs. 46 & 47), this case is hereby DISMISSED under the Federal Rule of Civil Procedure 41(b).  The Clerk is respectfully directed to mail a copy of this order to the pro se Plaintiff and close the docket.

SO ORDERED.

Dated: June 1, 2022
       New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge